UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE, </br></br> Plaintiff, </br></br> v. </br></br> CITY OF BOSTON and </br> ACTING MAYOR KIM JANEY, </br></br> Defendants. | Civil Action No. _____ |

**NOTICE OF REMOVAL OF ACTION UNDER**
**28 U.S.C. § 1441(a) (FEDERAL QUESTION)**

Pursuant to 28 U.S.C. § 1441(a), Defendants, City of Boston and Acting Mayor Kim Janey, hereby remove to this Court the state court action described below.

1. Plaintiff commenced this action on or about May 14, 2021 by filing a complaint in the Superior Court for Suffolk County Massachusetts entitled *Dennis White v. City of Boston and Acting Mayor Kim Janey,* Civil Action No. 2184CV01138 ("State Court Action"). This action is now pending in that court.

2. Defendants received notice that Plaintiff was asserting a federal question in the State Court Action by service of an Amended Complaint, dated and filed on May 19, 2021. This Notice of Removal is being filed within thirty days of May 19, 2021, as required by 28 U.S.C. § 1446(b). Copies of all documents filed in the State Court action are attached hereto as Exhibit A.

3. The State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants under 28 U.S.C. § 1441(a) in that it arises under the U.S. Constitution. In this

regard, Plaintiff repeatedly asserts claims based on his due process rights under the U.S. Constitution. *See* Amended Complaint (Exh. A) at ¶¶ 1, 2, 7 and 9, and at pages 4-5.

4. This Notice of Removal is being filed in the District of Massachusetts, the district court of the United States for the district within which the State Court Action is pending, as required by 28 U.S.C. §§ 1446(a) and 1441(a).

5. Upon filing of this Notice of Removal, Defendants shall give written notice thereof to Plaintiff, and shall file a certified copy of this Notice of Removal with the Clerk of the Superior Court for Suffolk County, Massachusetts.

6. By filing this Notice of Removal, Defendants do not waive any defenses available to them, jurisdictional or otherwise.

WHEREFORE, Defendants respectfully request that this action proceed in this Court as an action properly removed.

    Respectfully submitted,

    CITY OF BOSTON and ACTING MAYOR
    KIM JANEY

    By their attorneys,

    /s/*Kay H. Hodge*
    Kay H. Hodge (BBO# 236560)
        khodge@scmllp.com
    John M. Simon (BBO# 645557)
        jsimon@scmllp.com
    Stoneman, Chandler & Miller, LLP
    99 High Street
    Boston, MA 02110
    (617) 542-6789

Dated: June 7, 2021

Certificate of Service

        I hereby certify that on June 7, 2021, I served a true and accurate copy of the foregoing document on each of the following parties by electronic mail as follows:

Plaintiff Dennis White
Nicholas B. Carter (BBO No. 561147)
    ncarter@toddweld.com
Tara D. Dunn (BBO No. 699329)
    tdunn@toddweld.com
Todd & Weld, LLP
One Federal Street, 27th Floor
Boston, MA 02110

                                      /s/*Kay H. Hodge*
                                      Kay H. Hodge