UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS WHITE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| CITY OF BOSTON and ACTING MAYOR KIM JANEY, | ) |
| Defendants. | ) |

**APPEARANCE OF JOHN M. SIMON**

Please enter my appearance in this matter on behalf of all Defendants as follows:

John M. Simon (BBO#645557)
    jsimon@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

    Respectfully submitted,

    CITY OF BOSTON and ACTING MAYOR KIM JANEY,

    By their attorneys,

    /s/*John M. Simon*
    Kay H. Hodge (BBO # 236560)
        khodge@scmllp.com
    John M. Simon (BBO #645557)
        jsimon@scmllp.com
    Stoneman, Chandler & Miller LLP
    99 High Street
    Boston, MA 02110
    (617) 542-6789

Dated: June 8, 2021

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by electronic mail, as agreed by the parties, to those indicated as non-registered participants on June 8, 2021.

/s/*John M. Simon*
John M. Simon