UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-cv-10952-LTS

DENNIS WHITE,
          Plaintiff,

v.

CITY OF BOSTON AND ACTING MAYOR KIM JANEY,
          Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Susan Weise for the Defendants, City of Boston and Acting Mayor Kim Janey, in the above-captioned matter.

Respectfully submitted,

CITY OF BOSTON and ACTING MAYOR KIM JANEY
Defendants
By their attorney,

HENRY LUTHIN
Corporation Counsel

/s/ Susan Weise
Susan Weise, BBO# 545455
First Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4040
Susan.Weise@boston.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon counsel for all parties of record via this court's electronic filing system.

| June 17, 2021 | /s/ Susan Weise |
|---|---|
| Date | Susan Weise |