UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON AND ACTING MAYOR KIM JANEY,<br><br>    Defendants. | Civil Action No. 1:21-cv-10952-LTS |

**NOTICE OF APPEARANCE**

Kathleen Ceglarski Burns of Nixon Peabody LLP hereby enters her appearance as counsel for Defendants City of Boston and Acting Mayor Kim Janey in the above-captioned action and requests the service of all pleadings, orders, and notices in this case.

                                       Respectfully submitted,

Dated: July 2, 2021              */s/ Kathleen Ceglarski Burns*
                                       Kathleen Ceglarski Burns (BBO No. 670564)
                                       NIXON PEABODY LLP
                                       Exchange Place
                                       53 State Street
                                       Boston, MA 02109
                                       Tel: 617-345-1000
                                       Fax: 617-345-1300
                                       kburns@nixonpeabody.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the forgoing was filed electronically on July 2, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

<u>*/s/ Kathleen Ceglarski Burns*</u>
Kathlen Ceglarski Burns