# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:21-CV-10952-LTS |
| ) | |
| CITY OF BOSTON and ACTING ) | |
| MAYOR KIM JANEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## JOINT MOTION FOR
## EXTENSION OF DEADLINES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff Dennis White ("Plaintiff") and Defendants City of Boston and Acting Mayor Kim Janey ("Defendants") (collectively, the "Parties") hereby move for a fourteen-day extension of time for Defendants to respond to Plaintiff's Motion to Amend the Complaint, and an extension of time for Plaintiff to respond to Defendants' Motion for Judgment on the Pleadings to fourteen days after the Court has ruled on Plaintiff's Motion to Amend. In support of their motion, the Parties state as follows:

1. On June 18, 2021, Defendants filed a Motion for Judgment on the Pleadings, giving Plaintiff until July 2, 2021 to file a responsive pleading.

2. On June 28, 2021, Plaintiff filed a Motion for Extension of Time to respond to Defendants' Motion for Judgment on the Pleadings. On June 30, 2021, the Court granted that motion, giving Plaintiff until July 12, 2021 to file a responsive pleading.

3. On June 30, 2021, Plaintiff filed a Motion to Amend his Complaint, giving Defendants until July 14, 2021 to file an opposition to the motion.

4849-7119-6401.1

4. On July 2, 2021, undersigned counsel entered their appearances on behalf of Defendants.

5. Defendants seek (and Plaintiff agrees to) a two-week extension of their deadline to respond to Plaintiff's Motion to Amend the Complaint.

6. Defendants shall file their opposition to Plaintiff's Motion to Amend by no later than July 28, 2021.

7. Plaintiff seeks (and Defendants agree to) an extension of Plaintiff's deadline to respond to Defendants' Motion for Judgment on the Pleadings. Plaintiff shall file its response to Defendants' Motion for Judgment on the Pleadings by no later than fourteen days after this Court renders a decision on Plaintiff's Motion to Amend the Complaint.

Dated: July 6, 2021

**Dennis White**

By his attorneys,

*Nicholas B. Carter*
Nicholas B. Carter (BBO No. 561147)
Tara D. Dunn (BBO No. 699329)
TODD & WELD, LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Email: ncarter@toddweld.com
tdunn@toddweld.com

Respectfully submitted,

**City of Boston and
Acting Mayor Kim Janey**

By their attorneys,

*/s/ Brian T. Kelly*_____
Brian T. Kelly (BBO No. 549566)
Kathleen C. Burns (BBO No. 670564)
Lauren A. Maynard (BBO No. 698742)
**NIXON PEABODY LLP**
53 State Street
Boston, MA  0210
(617) 345-1000
bkelly@nixonpeabody.com
kburns@nixonpeabody.com
lmaynard@nixonpeabody.com

4849-7119-6401.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on July 6, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*_____
Brian T. Kelly
