UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DENNIS WHITE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-cv-10952-LTS |
| CITY OF BOSTON and ACTING MAYOR KIM JANEY, | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR LEAVE TO WITHDRAWAL APPEARANCE
OF KAY H. HODGE AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rules 83.5.2(c)(1) and (2), Attorney Kay H. Hodge moves for leave to withdraw as counsel for Defendants in the above-captioned case. The undersigned seeks the Court's leave to withdraw because there is a motion pending in this matter – Plaintiff's Motion for Leave to File Second Amended Complaint and Jury Demand (ECF No. 15). See Rule 83.5.2(c)(1) (leave of court necessary for withdrawal if any motion is pending).

For purposes of the pending motion and all other matters going forward, Defendants will be represented by Attorney Susan M. Weise, of the City of Boston Law Department, and Attorneys Brian T. Kelly, Kathleen C. Burns and Lauren Maynard of the law firm of Nixon Peabody LLP. Attorneys Weise, Kelly, Burns and Maynard have already filed Appearances in this matter establishing their representation of Defendants.

WHEREFORE, Attorney Kay H. Hodge respectfully moves for leave to withdraw as counsel for Defendants in the above-captioned case.

Respectfully submitted,

CITY OF BOSTON and ACTING MAYOR KIM JANEY

By their attorneys,

/s/*Kay H. Hodge*
Kay H. Hodge (BBO# 236560)
 khodge@scmllp.com
John M. Simon (BBO# 645557)
 jsimon@scmllp.com
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: July 7, 2021

Certificate of Service

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on July 7, 2021.

/s/*Kay H. Hodge*
Kay H. Hodge