UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON and ACTING )<br>MAYOR KIM JANEY, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 1:21-CV-10952-LTS |

## DEFENDANTS' MOTION TO EXTEND DEADLINES ON PLAINTIFF'S MOTION TO AMEND

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendants City of Boston and Acting Mayor Kim Janey ("Defendants") hereby move to extend the current deadlines for briefing on Plaintiff Dennis White's ("Plaintiff") Motion to Amend the Complaint. In support of their motion, the Defendants state as follows:

1. On June 30, 2021, Plaintiff filed a Motion to Amend his Complaint.

2. On July 7, 2021, the Court granted the Parties' Joint Motion for Extension of Time to file responses to Defendants' Motion for Judgment on the Pleadings and Plaintiff's Motion to Amend (Dkt. 23).

3. Plaintiff intends to file another motion to amend his Complaint to include state discrimination claims that are currently pending at the Massachusetts Commission Against Discrimination ("MCAD"). Plaintiff's counsel has informed the MCAD that Plaintiff wishes to file the claims in federal court prior to the 90-day period.

4. Following the scheduling conference conducted before this Court on July 22, 2021, during which Plaintiff's counsel requested that Defendants respond to Plaintiff's state

claims that are currently pending before the MCAD (but are not properly before the federal court at this time), counsel for the parties met and conferred via email and conference call on July 23 and 26, 2021. Plaintiff's counsel did not agree to extend the deadlines and consolidate the briefing schedule as detailed herein.

5. In order to avoid briefing on two motions to amend that are likely to overlap, and to allow the parties to address all claims in an efficient manner in furtherance of judicial economy, Defendants request an extension of the deadlines regarding Plaintiff's pending Motion to Amend until after Plaintiff files his new motion to amend.

6. Specifically, Defendants request that the briefing schedule agreed to during the July 22, 2021 Scheduling Conference (Dkt. 31) be suspended, pending Plaintiff's filing of a new motion to amend.

7. Defendants also request that the Court set the following schedule for the Plaintiff's new motion to amend, which follows the framework of the briefing schedule agreed to by the Parties and set by the Court during the July 22, 2021 Scheduling Conference (Dkt. 31):

   a. Defendants will file their opposition to Plaintiff's new motion no later than 14 days after Plaintiff files the new motion to amend, and will adhere to a 30-page limit;

   b. Plaintiff will file his reply to Defendants' opposition within 21 days thereafter, and will adhere to a 30-page limit; and

   c. Defendants will file any sur-reply within 14 days thereafter, and will adhere to a 5-page limit.

Dated: July 26, 2021

Respectfully submitted,

**City of Boston and
Acting Mayor Kim Janey**

By their attorneys,
*/s/ Brian T. Kelly*_____
Brian T. Kelly (BBO No. 549566)
Kathleen C. Burns (BBO No. 670564)
Lauren A. Maynard (BBO No. 698742)
**NIXON PEABODY LLP**
53 State Street
Boston, MA  0210
(617) 345-1000
bkelly@nixonpeabody.com
kburns@nixonpeabody.com
lmaynard@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on July 26, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for the defendants conferred with counsel for the plaintiff in an attempt to resolve or narrow the issues raised by this motion.

*/s/ Brian T. Kelly*
Brian T. Kelly