# **<u>EXHIBIT C</u>**



*City of Boston, Massachusetts*

*Office of the Mayor*

**KIM JANEY**

May 27, 2021

<u>By Electronic Mail</u>

Commissioner Dennis A. White
9 Rae Circle
Randolph, MA 02368

     RE: Administrative Leave Conditions

Dear Commissioner White:

     While on administrative leave, you have conducted yourself in a manner inconsistent with the usual requirements of such leave including being present on Boston Police Department ("BPD") property on a number of occasions.  Therefore, I want to make clear to you that while you are on administrative leave you are not to be in Boston Police Department ("BPD") Headquarters or on any other property of the BPD.  Further, I expect you to return all BPD property, including your access card, car, keys, phone, laptop, etc.  Note also that your access to BPD's email will be disabled.

     Should you have any questions please direct them to Henry Luthin, Corporation Counsel.

                                  Sincerely,

                                    Kim Janey
                                    Acting Mayor

Enclosures

cc:    Nicholas B. Carter, Esquire
       Personnel File