UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON and ACTING ) <br> MAYOR KIM JANEY, ) <br> ) <br>     Defendants. ) <br> ) <br> ) | Civil Action No.: 1:21-CV-10952-LTS |

## DEFENDANTS' LOCAL RULE 16.1(d) CERTIFICATION

In accordance with Local Rule 16.1(d)(3), Defendants City of Boston and Acting Mayor Kim Janey hereby certify that their counsel and authorized representatives have: (1) conferred about establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) considered the resolution of the litigation through the use of alternative resolution programs such as those outlined in Local Rule 16.4.

Dated: August 1, 2022

Respectfully submitted,

**City of Boston and
Acting Mayor Kim Janey**

By their attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren A. Maynard (BBO No. 698742)
**NIXON PEABODY LLP**
53 State Street
Boston, MA  0210
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

| | |
|---|---|
| */s/ Kim Janey*<br>Kim Janey | */s/ Susan Weise*<br>Susan Weise<br>First Assistant Corporation Counsel,<br>City of Boston |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on August 1, 2022, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Lauren A. Maynard*
Lauren A. Maynard