THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BOSTON, and ACTING MAYOR KIM JANEY, <br><br> Defendants. | Civil Action No.: 1:21-CV-10952-LTS |

## STIPULATION OF DISMISSAL OF COUNT IX AGAINST THE CITY OF BOSTON WITH PREJUDICE

Plaintiff Dennis White and Defendants City of Boston and former Acting Mayor Kim Janey stipulate and agree that Mr. White will dismiss Count IX (his invasion of privacy claim) against the City of Boston only[1] with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear their own fees and costs.

Dated: September 9, 2022.

| DENNIS WHITE | CITY OF BOSTON AND ACTING MAYOR KIM JANEY |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ *Nicholas B. Carter* <br> Nicholas B. Carter BBO #561147 <br> Tara D. Dunn BBO #699329 <br> TODD & WELD LLP <br> One Federal Street, 27th Floor <br> Boston, MA 02110 <br> Tel: (617) 720-2626 <br> ncarter@toddweld.com <br> tdunn@toddweld.com | /s/ *Joshua C. Sharp* <br> Brian T. Kelley BBO #549566 <br> Joshua C. Sharp BBO #681439 <br> Lauren A. Maynard BBO #698742 <br> NIXON PEABODY LLP <br> 53 State Street <br> Boston, MA 02110 <br> 617- 345-1000 <br> bkelly@nixonpeabody.com <br> jsharp@nixonpeabody.com <br> lmaynard@nixonpeabody.com |

---

[1] Mr. White has a remaining Invasion of Privacy Claim under Count IX against Kim Janey.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed on September 9, 2022 through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                        */s/ Nicholas B. Carter*
                                                        Nicholas B. Carter