UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:21-CV-10952-LTS |
| ) | |
| CITY OF BOSTON and ACTING ) | |
| MAYOR KIM JANEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS CITY OF BOSTON AND ACTING MAYOR KIM JANEY'S MOTION TO STAY DISCOVERY REGARDING THE PREPARATION OF THE <u>INVESTIGATORY REPORT</u>**

Defendants City of Boston (the "City") and Acting Mayor Kim Janey ("Mayor Janey") submit this motion to partially stay discovery pending the resolution of Defendants' Motion to Limit Discovery, also filed today. As set forth below, Defendants request a stay **only** of discovery related to the preparation of the Investigatory Report prepared by the independent investigator. **Defendants respectfully request that the Court rule on this Motion prior to September 26, 2022, when a third party is scheduled to respond to a subpoena in this matter that is directly relevant to the Defendants' Motion.**

The Court may stay discovery for "good cause shown" as part of its "broad discretion in ruling on pre-trial management matters" under Rule 26(c). *NPS, LLC v. Ambac Assur. Corp.*, 706 F. Supp. 2d 162, 167 (D. Mass. 2010). For the reasons explained below, there is good cause to stay any discovery related to Defendants' Motion to Limit Discovery until the motion is resolved.

On September 2, 2022, Plaintiff Dennis White served Interrogatories and Requests for Production on Defendants. Responses to these discovery requests are currently due on October

1

3, 2022. Also on September 2, 2022, Plaintiff served a *subpoena duces tecum* on non-party Tamsin Kaplan. Ms. Kaplan's response to the subpoena is currently scheduled for September 26, 2022, pursuant to an agreement for a 10-day extension. Some of the discovery requests directed to Defendants are related to the preparation of the Investigative Report. Most of the subpoena requests directed to Ms. Kaplan are related to the preparation of the Investigative Report.

Defendants are moving for an order limiting discovery in this matter to exclude requests for any documents or information regarding the preparation of the Investigatory Report. Should Defendants' motion be allowed, Defendants and Ms. Kaplan would not be required to respond to several of Plaintiff's outstanding discovery requests. A stay of discovery related to the preparation of the Investigatory Report is necessary to prevent time and resources from being spent on discovery requests for which a response may not be required and to ensure that the Plaintiff does not receive documents that he is not entitled to under the Rules of Civil Procedure. If the stay is not granted, the motion to limit discovery will be moot.

Further, Plaintiff will not be harmed by a stay at this time. Discovery in this matter only recently began, and requests for production of documents, admissions, and interrogatories may be served through March 18, 2023. Moreover, these issues were previewed at the August 5, 2022 scheduling conference, during which the Court invited Defendants to file a motion early on in the discovery process.[1] Thus, Defendants expect the motion will be resolved expeditiously.

Therefore, for good cause shown, Defendants respectfully request that any discovery related to the preparation of the Investigatory Report be stayed until Defendants' Motion to Limit Discovery is resolved.

---

[1] The transcript of the hearing is not yet available.


        Respectfully submitted,

        CITY OF BOSTON and
        ACTING MAYOR KIM JANEY

        By their attorneys,

        */s/ Brian T. Kelly*_____
        Brian T. Kelly (BBO No. 549566)
        Joshua C. Sharp (BBO No. 681439)
        Lauren A. Maynard (BBO No. 698742)
        **NIXON PEABODY LLP**
        53 State Street
        Boston, MA  02109
        (617) 345-1000
        bkelly@nixonpeabody.com
        jsharp@nixonpeabody.com
        lmaynard@nixonpeabody.com

Dated:  September 19, 2022

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certify that they have conferred with counsel for Plaintiff on September 19, 2022, and have attempted in good faith to resolve or narrow the issues for the Court. Plaintiff opposes this motion.

>*/s/ Lauren A. Maynard*
>Lauren A. Maynard

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 19, 2022, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

>*/s/ Lauren A. Maynard*
>Lauren A. Maynard