UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BOSTON, and ACTING MAYOR KIM JANEY <br><br> Defendants. | Civil Action No. 21-CV-10952-LTS |

## ASSENTED-TO MOTION TO CHANGE DATE OF STATUS CONFERENCE

The City of Boston and Acting Mayor Kim Janey ("Defendants") respectfully request that the Court hold the remote status conference that is currently scheduled on May 23 instead on May 22. As grounds, Defendants state that Attorneys Kelly and Sharp will be participating in a proceeding in California on May 23. Defendants have conferred with counsel for Plaintiff, who assents to this Motion and is available to appear remotely on May 22.

Dated: May 3, 2023

Respectfully submitted,

CITY OF BOSTON and ACTING MAYOR KIM JANEY

By their attorneys,

*/s/ Joshua C. Sharp*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren A. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA  02109

(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on May 3, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp