UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS WHITE,<br><br>            Plaintiff,<br><br>     v.<br><br>THE CITY OF BOSTON, and ACTING MAYOR KIM JANEY<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-CV-10952-LTS |

**RESPONSE TO COURT ORDER REGARDING IN CAMERA REVIEW**

Consistent with the Court's May 2, 2023 Order (Dkt. 101), today the City of Boston has submitted to the Court fifty-one documents for *in camera* review.

The City notifies the Court that it has indicated on the documents themselves where a portion of the document has been produced to Plaintiff with a separate Bates number. This notation is made in an orange box on the face of the documents. The purpose of the notations is to inform the Court that it was appropriate to withhold certain emails in full (rather than provide redacted copies) given that the underlying non-privileged communications have already been produced in full to Plaintiff. *Cf. Menninger v. PPD Dev., L.P.,* No. CV 19-11441-LTS, 2021 WL 1408069, at *2 (D. Mass. Apr. 14, 2021) and *Intuniv Antitrust Litig.,* No. 16-CV-12396-ADB, 2018 WL 6492747, at *6-7 (D. Mass. Dec. 10, 2018). Without such notations, the fact that the underlying non-privileged communications have already been produced would not be apparent to the Court.

The City further notifies the Court that many of the fifty-one documents are invitations to review Google Docs that are duplicates of other invitations. It appears that whenever someone sent one of these invitations, the "To" line was filled with the custodian name from whose inbox the email

was pulled, and the other people who received an invitation are listed as copies. Thus, if A shared a Google Doc simultaneously with B, C, and D, we will have a copy of the resulting email for each of B, C, and D that shows the custodian's name in the "To" line and all other recipients in the "cc" line.

Dated: May 16, 2023

Respectfully submitted,

CITY OF BOSTON

By its attorneys,

/s/ Joshua C. Sharp
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren A. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA  02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on May 16, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Lauren A. Maynard
Lauren A. Maynard

2