UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE, )<br> )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>THE CITY OF BOSTON, and ACTING MAYOR )<br>KIM JANEY )<br> )<br>   Defendants. )<br> ) | Civil Action No. 21-CV-10952-LTS |

**RESPONSE TO COURT ORDER**

Defendants City of Boston and Acting Mayor Kim Janey hereby respond to the Court's December 18, 2023 order that "defendants shall produce to the Court in a sealed and ex parte manner any and all notes in which the investigator documented her interviews with the six confidential witnesses in this case." Dkt. 134 at 3. The Defendants do not have custody of the investigator's notes and are therefore unable to comply with the Court's order. The undersigned has consulted with counsel for the investigator, who has confirmed that the investigator will produce her notes directly to the Court upon receipt of an order directing her to do so. Therefore, to facilitate the Court's resolution of the discovery disputes, Defendants request that the Court issue an order stating that:

> Tamsin Kaplan is ordered to produce to the Court in a sealed and ex parte manner any and all notes in which she documented her interviews with the six confidential witnesses in the White investigation. The documents should be provided to the Court as soon as reasonably possible and no later than January 3, 2024.

Dated: December 20, 2023

Respectfully submitted,

CITY OF BOSTON and KIM JANEY

By its attorneys,

*/s/ Joshua C. Sharp*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren A. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA  02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on December 20, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp