UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS WHITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON and ) <br> ACTING MAYOR KIM JANEY, ) <br> ) <br> Defendants ) | Civil Action No. 1:21-CV-10952-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Lauren A. Maynard of the law firm Nixon Peabody LLP hereby withdraws as counsel on behalf of defendants City of Boston and Acting Mayor Kim Janey in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the City of Boston and Acting Mayor Kim Janey will continue to be represented in this matter by Nixon Peabody LLP.

Dated: December 29, 2023

Respectfully submitted,

*/s/ Lauren A. Maynard*
Lauren A. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
lmaynard@nixonpeabody.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on December 29, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                               */s/ Lauren A. Maynard*
                                               Lauren A. Maynard