UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS WHITE,<br><br>          Plaintiff,<br><br>v.<br><br>THE CITY OF BOSTON, and ACTING MAYOR KIM JANEY<br><br>          Defendants. | Civil Action No. 21-CV-10952-LTS |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants seek leave of Court to file parts of their Reply in Support of their Motion for Summary Judgment and Opposition to Cross-Motion for Summary Judgment, the related Statement of Material Fact, and certain exhibits under seal. The material in question either concerns reports of domestic violence or is otherwise governed by the protective order entered in this case. Plaintiff assents to this Motion.

WHEREFORE, Defendants respectfully request leave to file certain materials under seal.

Dated: March 19, 2024

Respectfully submitted,

CITY OF BOSTON and KIM JANEY

By their attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
NIXON PEABODY LLP
53 State Street
Boston, MA  02109
(617) 345-1000

                                                         bkelly@nixonpeabody.com
                                                         jsharp@nixonpeabody.com

### **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that Defendants conferred with Plaintiff's counsel regarding this motion and that Plaintiff assents to this motion.

                                                      */s/ Joshua C. Sharp*
                                                      Joshua C. Sharp

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, a true copy of the foregoing document was filed through the CM/ECF system, and that a true copy of the document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

                                                      */s/ Joshua C. Sharp*
                                                     Joshua C. Sharp