THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 21-CV-10952-LTS |
| THE CITY OF BOSTON, and ACTING MAYOR ) | |
| KIM JANEY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ASSENTED-TO MOTION TO CONTINUE
HEARING ON SUMMARY JUDGMENT MOTIONS**

Plaintiff Dennis White ("Plaintiff"), with the assent of Defendants the City of Boston and Acting Mayor Kim Janey (collectively, "Defendants"), respectfully moves to continue the hearing on Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment currently scheduled for **July 24, 2024** to **July 30, 2024, August 1, 2024, or August 20, 2024** at any time most convenient for the Court or on **August 21, 2024** in the morning.

As grounds in support of this motion, counsel for Plaintiff states that the present hearing date falls on the date of a previously scheduled deposition. As Defendants assent to this request, allowance of this motion will not prejudice them. Therefore, Plaintiff respectfully requests, if it will not unduly inconvenience the Court, that the Court allow this motion and continue the hearing to one of the dates provided above.

                                          Respectfully submitted,

                                          DENNIS WHITE,

                                          By his Attorneys,

                                          */s/ Nicholas B. Carter*
                                          Nicholas Carter (BBO No. 561147)
                                          Elizabeth Gardon (BBO #711867)
                                          Todd & Weld LLP
                                          One Federal Street, 27th Floor
                                          Boston, MA 02110
                                          Telephone: 617-720-2626
                                          ncarter@toddweld.com
                                          egardon@toddweld.com

Dated: July 9, 2024

## LOCAL RULE 7.1 CERTIFICATE

     Pursuant to L.R. 7.1, Plaintiff's counsel, Nicholas Carter, certifies that he conferred with Defendants' counsel about this motion and Defendants assent to this motion.

                                          */s/ Nicholas B. Carter*
                                          Nicholas Carter

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed electronically on July 9, 2024, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                          */s/ Nicholas B. Carter*
                                          Nicholas Carter