UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DENNIS WHITE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil No. 21-cv-10952-LTS |
| THE CITY OF BOSTON and ACTING MAYOR KIM JANEY, | ) ) ) ) | |
| Defendants. | ) ) | |

JUDGMENT

August 19, 2024

Pursuant to the Court's Order dated March 29, 2022, Doc. No. 49, Plaintiff's request to add Counts II and III to his Second Amended Complaint was DENIED.  Pursuant to the Court's Order dated July 12, 2022, Doc. No. 57, Counts IV, VI, VII, VIII, X, XI, XII, XIII, XIV, XV, and XVI of the Second Amended Complaint were DISMISSED.  Pursuant to the Stipulation of Dismissal dated September 9, 2022, Doc. No. 71, Count IX insofar as it was brought against the City of Boston was DISMISSED.

Pursuant to the Court's Memorandum and Order dated August 19, 2024, Doc. No. 159, judgment is hereby entered in favor of the defendants, and against the plaintiff, on Counts I, V, and IX of the Second Amended Complaint.

Each side shall bear its own fees and costs.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge